UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTAY LARRY ROSS, | No. 2:25-cv-2131 CKD P |
| Petitioner, | |
| v. | ORDER |
| UNKNOWN, | |
| Respondent. | |

Petitioner has filed a request for an extension of time to file a petition for a writ of habeas corpus. The court does not grant extensions of time to potential habeas petitioners seeking to extend the limitations period. In order to properly commence a habeas action petitioner must file a petition for writ of habeas corpus as required by Rule 3 of the Rules Governing Section 2254 cases, and petitioner must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a). Petitioner will be provided the opportunity to file his petition, and to submit an application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee. If petitioner does not do so, this matter will be closed.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time to file a petition for a writ of habeas corpus (ECF No. 1) is denied;

1

1        2. Petitioner is granted thirty days to file a petition that complies with the requirements of the Rules Governing Section 2254 Cases, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the petition must bear the docket number assigned this case; petitioner must file an original and two copies of the petition. Petitioner shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $5.00. Petitioner's failure to comply with this order will result in this matter being closed

       3. The Clerk of the Court is directed to send petitioner the court's form for filing a petition for writ of habeas corpus, and the application to proceed in forma pauperis by a prisoner.

Dated: August 4, 2025

                                    CAROLYN K. DELANEY
                                    UNITED STATES MAGISTRATE JUDGE

1
ross2131.nop